LAW OFFICES OF
HARRY C. BATCHELDER, JR.

SANDWICH, NEW HAMPSHIRE

603-284-7725

MAILING ADDRESS:
P. O. BOX 87
CENTER SANDWICH, NH 03227-0087
:

EMAIL ADDRESS:
LUBIYANKA@AOL.COM

March 23, 2016

Assistant United States Attorney
Shreve Ariail
Office of United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Raphael Gonzalez
              CR11-314 (N.G.G.)
              Our File No.: 11-3

Dear Mr. Ariail:

      Unfortunately we appear to be playing telephone tag.  I was on my way to work at the food bank when your last call arrived.  I still have not received the 5K1.1 letter.  It is impossible for me to create a sentencing memorandum in 48 hours and appear on the 25th.  I need your help.

      I will be coming to New York on March 29th.  I request a meeting on the day, after 3:00 p.m., with you—not some fill-in Assistant, no matter how bright and clever—and Mr. Gonzalez so that we may discuss any problem he has with the 5K1.1 letter and his request for assistance.  If you are unavailable on the 29th I will remain in New York through the 30th and be available to meet at any time.

      I am not unaware of your concern as to the disclosure of the contents of the 5K1.1 to third parties.  To obviate these concerns I request that the draft of the 5K1.1 letter be sent to the following entities: Info@squamlakesauto.com, and mccabekr@msn.com.  I will monitor the Squam Lakes Auto email, and my typist, Ms. McCabe, will be forwarding the 5K1.1letter in a covering letter to Mr. Gonzalez.  Ms. McCabe has been my typist for twenty years and is a paragon of virtue and discretion.  As a Virginia grad, as I am sure you will agree, my virtue and discretion is unquestionable.  I trust this satisfies your security concerns.  All of the above is being done, consistent with security concerns, to continue to move this matter forward as expeditiously as possible.

H ARRY  C. B ATCHELDER , J R .

      Turning now to the adjourn date, I am requesting that it be scheduled for some time in the latter part of April, except for the 29th when I am to attend a wedding in Virginia.

      I realize that you are very busy, and I am appreciative of the professional courtesies you have extended.  I regret the fact that I do not have functioning email, but thanks to the Chinese and North Korean yellow peril my email will not be operative for at least another three months.

      Thanking you in advance for your consideration, I remain,

      Very truly yours,

      /s/:  Harry C. Batchelder, Jr.

      _____
      Harry C. Batchelder, Jr.

HCB/km

cc:    United States Probation
       Raphael Gonzalez